IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
|---|---|
| Plaintiff, | |
| v. | |
| LENARD JAMES HIGLEY, | |
| Defendant. | Case No. 2:01-CR-207 TS |
| | District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

I. BACKGROUND

Defendant was named in a three-count Indictment on April 11, 2001, charging him with possession with intent to distribute methamphetamine, possession of a List 1 chemical with intent to manufacture, and possession of a weapon in furtherance of a drug trafficking crime. On July 17, 2001, Defendant pleaded guilty to Counts I and II of the Indictment. Defendant was sentenced, on March 13, 2002, to a term of 147 months in the custody of the Bureau of Prisons to be followed by 60 months of supervised release. Defendant began his supervision on September 30, 2011. Defendant now seeks to terminate that supervision.

Defendant states, and consultation with his supervising officer confirms, that he has been compliant with all terms of his supervised release. In addition, Defendant has maintained gainful employment while on supervision and is engaged in vocational training. Defendant also states that he has worked to improve his relationships with family and friends. The government has telephonically indicated that it does not object to Defendant's request.

1

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 32) is GRANTED.  Defendant's term of supervised release is hereby terminated effective immediately.

Dated this 13th day of January, 2014.

BY THE COURT:

_____
Ted Stewart
United States District Judge